# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ERNEST MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:17-cv-6026 |
| ) | |
| KAMRAN HASHEMI, JENNIFER BRISCOE, ) | Honorable Judge Mary M. Rowland |
| PARISE HOSEY, DIADEMA BARONIA, ) | Magistrate Judge Susan E. Cox |
| PATRICE ALLEN, OLIVIA SIMPRI-MENSAH, ) | |
| JOANE SEFAH, NOLAN NEEF, ALYSSA ) | |
| WALKER, ) | |
| Defendants. ) | |

## MOTION FOR ENTRY OF JUDGMENT AGAINST
## DEFENDANT KAMRAN HASHEMI

NOW COMES the Plaintiff, ERNEST MORGAN ("Plaintiff"), by and through his attorneys, Hays Firm LLC, and for his Motion for Entry of Judgment Against Defendant KAMRAN HASHEMI ("Defendant Hashemi") states as follows:

1. On February 5, 2019, this Court granted Plaintiff's oral motion for entry of default against Defendant Hashemi. (ECF No. 58.)

2. On October 10, 2019, Plaintiff presented to this Court his Amended Plaintiff's Motion to Set Evidentiary Hearing and for Default Judgment against Defendant Hashemi. (ECF No. 78.)

3. On that date, this Court set this matter for an evidentiary hearing on damages on November 8, 2019. Further, this Court ordered Defendant Hashemi to appear before and that he was strongly encouraged to retain counsel. (ECF No. 80.)

4. On November 8, 2019, Defendant Hashemi appeared before this Court. With the

assistance of this Court, Plaintiff and Defendant Hashemi were able to reach settlement terms. (ECF No. 82.)

5. Subsequent to the November 8, 2019 court appearance, Plaintiff and Defendant Hashemi entered into a formal settlement agreement based upon the terms which were agreed to at the November 8, 2019 settlement conference ("Settlement Agreement").

6. Pursuant to the terms of the Settlement Agreement, the parties executed a Stipulation of Dismissal. (ECF No. 83.)

7. On November 19, 2019 this Court entered an order of dismissal, without prejudice, pursuant to the Stipulation of Dismissal. (ECF No. 84.)

8. On February 25, 2020, Plaintiff filed the Settlement Agreement with this Court under seal. (ECF No. 88.)

9. Defendant Hashemi is in breach of the Settlement Agreement, as he has failed to make the monthly payment due on February 1, 2020. On February 17, 2020 Defendant Hashemi informed the office of counsel for Morgan that he would not be making the payment. (A copy of correspondence received from Defendant Hashemi is attached hereto as Exhibit A.)

10. The Settlement Agreement provide specific remedies for Plaintiff in the event of Defendant Hashemi's breach. (ECF No. 88.)

11. Accordingly, in accordance with Rule 58, Plaintiff requests that this Court entered judgment in his favor pursuant to the terms of the Settlement Agreement.

WHEREFORE, Plaintiff, ERNEST MORGAN, respectfully requests this enter a judgment against Defendant KARMEN HASHEMI pursuant to the terms of the Settlement Agreement, and for any other relief this Court deems just and proper.

Andrew T. Hays  
HAYS FIRM LLC  
200 N. LaSalle, Suite 2150  
Chicago, IL 60602  
Ph: (312) 626-2537  
Fax: (312) 488-2616

Respectfully Submitted,

ERNEST MORGAN,

By:    /s/ Andrew T. Hays     
       One of his attorneys

| From: | Tracey |
|---|---|
| To: | Jaime Nolan |
| Cc: | kamhash61@gmail.com; Andrew Hays |
| Subject: | Re: Morgan v. Hashemi, et al; 17-cv-6026 |
| Date: | Monday, February 17, 2020 4:44:15 PM |

I will not be able to make the payment. I have liver failure and cannot work at this time. I currently have no income.

Thank you
Dr. Hashemi

> On Feb 17, 2020, at 5:28 PM, Jaime Nolan <jaime.nolan@haysfirm.com> wrote:
>
> Dr. Hashemi:
>
>
>
> This correspondence is your formal written notice that you have filed to
> make the most recent monthly payment required under the Settlement Agreement
> related to the above-referenced matter. You are not in breach of the
> Settlement Agreement. If you don't cure this default within five (5) days,
> you shall be declared to be in breach of this agreement and subject to the
> damages specified in Section 4 of the agreement.
>
>
>
> Please wire these funds to my office or deliver a certified check to my
> office as soon as possible.
>
>
>
>
>
> Sincerely,
>
>
>
> Jaime Nolan, Paralegal
>
> Hays Firm LLC
>
> 200 N. LaSalle Street
>
> Suite 2150
>
> Chicago, Illinois 60601
>
> Phone: (312) 626-2537
>
> Fax: (312) 488-2616
>
> E-mail: <mailto:jaime.nolan@haysfirm.com> jaime.nolan@haysfirm.com
>
> Website: <http://www.haysfirm.com/> www.haysfirm.com

Exhibit A

>
>
>
> <winmail.dat>